## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**STANLEY B. COLLINS, JR.**      v.   **ARIZONA ATTORNEY GENERAL, STATE OF, et al.**

THE HONORABLE JOHN W. SEDWICK        CASE NO.  2:06-cv-02342-JWS
 JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**      Date:  September 12, 2007

_____

At docket 15, the magistrate judge recommends that the petition be denied with prejudice.  No objections have been filed.  This court has reviewed the recommended conclusions of law *de novo* and the recommended findings of fact for clear error.  The recommendations are all sound, and the report at docket 15 is **ADOPTED**.  Based thereon the petition is **DENIED** with prejudice.

The Clerk will please enter judgment accordingly.

_____